NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CUSTOMPLAY, LLC,**
*Appellant*

**v.**

**AMAZON.COM, INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2020-2207

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01496.

———————————

**JUDGMENT**

———————————

JOHN C. CAREY, Carey Rodriguez Milian Gonya, LLP, Miami, FL, argued for appellant. Also represented by

NICHOLAS J. DOYLE.

COLIN B. HEIDEMAN, Knobbe, Martens, Olson & Bear, LLP, Seattle, WA, argued for appellee. Also represented by CHRISTIE R.W. MATTHAEI; JOSEPH R. RE, Irvine, CA.

MCKAYE LEA NEUMEISTER, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, DANIEL TENNY; KAKOLI CAPRIHAN, MAI-TRANG DUC DANG, THOMAS W. KRAUSE, ROBERT J. MCMANUS, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>February 15, 2022</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |